FILED
AUG 1 6 2018
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY_____ DEP CLK



UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:18-CR-326-1D

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | **I N F O R M A T I O N** |
| ) | |
| DANIEL TUDEUSZ ROMANOWSKI ) | |

The United States Attorney charges that:

### General Allegations

At all times relevant to this Information:

1. The Immigration and Nationality Act (INA) governs the immigration laws of the United States.

2. The term "alien" means any person not a citizen or national of the United States.

3. Pursuant to the INA, aliens are not permitted to permanently reside in the United States unless they are lawful permanent residents.

4. The defendant, DANIEL TUDEUSZ ROMANOWSKI, was an alien born in Wroclaw, Poland.

5. On November 8, 2004, the defendant, DANIEL TUDEUSZ ROMANOWSKI, was granted lawful permanent resident status in the United States pursuant to the INA.

1

6. Since November 8, 2004, the defendant, DANIEL TUDEUSZ ROMANOWSKI, has neither applied for United States citizenship, been naturalized as a United States citizen, nor has met the criteria for derivative citizenship.

7. On September 12, 2012, the North Carolina Board of Elections registered the defendant, DANIEL TUDEUSZ ROMANOWSKI, to vote despite not having answered the question in his voter registration application as to whether he was a United States citizen.

8. The defendant, DANIEL TUDEUSZ ROMANOWSKI, was assigned a polling place located in Johnston County, North Carolina.

9. The statute of limitations for false claim of citizenship with the intent to vote is five years.

10. The defendant, DANIEL TUDEUSZ ROMANOWSKI, voted in the General Elections of 2012 and 2016 in Johnston County, North Carolina.

11. Johnston County is located in the Eastern District of North Carolina.

[remainder of page intentionally blank]

**COUNT ONE**

On or about November 8, 2016, in the Eastern District of North Carolina, the defendant, DANIEL TUDEUSZ ROMANOWSKI, an alien, knowing he was not a United States citizen, did knowingly vote in an election held in part for the purpose of electing a candidate for the office of President, Vice President, and Member of the House of Representatives, in violation of Title 18, United States Code, Section 611(a).


ROBERT J. HIGDON, JR.
United States Attorney


*Sebastian Kielmanovich*
BY: SEBASTIAN KIELMANOVICH
Assistant United States Attorney


___8-15-2018___
DATE

3

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA

## AFFIDAVIT

### BACKGROUND

1. I, Jahaira Torrens (hereinafter "your affiant"), am a Special Agent (S/A) of the Department of Homeland Security (DHS), under Immigration and Customs Enforcement (ICE), Homeland Security Investigations (HSI), formerly known as the Immigration and Naturalization Service (INS). Previous to my appointment as an ICE-HSI S/A, I was a Detective with the Puerto Rico Police Department for approximately fifteen years. As part of my duties I conducted investigations related to controlled substances trafficking, identity theft, public corruption, violent crimes, and other violations. I have been a S/A with the federal government for approximately nine years. I am currently assigned to the ICE-HSI Resident Agent in Charge, Raleigh, North Carolina Field Office (ICE-HSI RAC/RA). I have training and experience in the application for and service of arrest and search warrants. My duties routinely include the investigation of violations of Titles 8, 18, 19, 21, and 31 of the United States Code.

2. This affidavit is made in support of a criminal information against Daniel Tudeusz Romanowski (hereinafter "ROMANOWSKI") for voting by alien, in violation of Title 18, United States Code, Section 611(a).

1

3. This affidavit is submitted for the limited purpose of establishing probable cause that ROMANOWSKI committed the offense of voting by alien, in violation of Title 18, United States Code, Section 611(a). For this reason, your affiant has not included details of every aspect of this investigation, rather only such information as necessary. Your affiant is thoroughly familiar with the information contained in this affidavit, either through personal investigation or discussions with other law enforcement officers who have interviewed individuals or personally have obtained information which they in turn have reported to your affiant.

## *PROBABLE CAUSE*

4. Government databases reflect the following information relative to ROMANOWSKI:

   a. ROMANOWSKI is an alien born in Wroclaw, Poland.

   b. On November 8, 2004, ROMANOWSKI was granted lawful permanent resident status in the United States.

   c. Since November 8, 2004, ROMANOWSKI has neither applied for United States citizenship, been naturalized as a United States citizen, nor has met the criteria for derivative citizenship.

   d. On September 12, 2012, the North Carolina Board of Elections registered ROMANOWSKI to vote despite not having answered the question in his voter

2

Sk

registration application as to whether he was a United States citizen.

e. ROMANOWSKI was assigned a polling place located in Johnston County, North Carolina.

f. ROMANOWSKI voted in the General Elections of 2012 and 2016 in Johnston County, North Carolina.

### *CONCLUSION*

5. Based on the foregoing, I, Jahaira Torrens, believe that there is ample probable cause to conclude that Daniel Tudeusz Romanowski was not a citizen of the United States at the time he voted and is thus guilty of voting by alien, in violation of Title 18, United States Code, Section 611(a).

[remainder of page intentionally left blank]

Sk

Your affiant respectfully asks that the Court issue a warrant ordering his arrest for such crime.

_____
Jahaira Torrens
Special Agent
Homeland Security Investigations


On this **16** day of August 2018, Special Agent Jahaira Torrens appeared before me via reliable electronic means, was placed under oath, and attested to the contents of this Affidavit.

_____
JAMES E. GATES
United States Magistrate Judge
Eastern District of North Carolina

4