# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NORTH CAROLINA
# RALEIGH, NORTH CAROLINA

## THE HONORABLE JAMES C. DEVER III
## CHIEF UNITED STATES DISTRICT JUDGE PRESIDING

Motions to continue, either by attorneys or the United States Probation Office, are to be submitted to the court at least five (5) business days prior to the beginning of a session, absent exigent circumstances. Motions to continue filed after the deadline will **not** be considered until counsel appears for the hearing at the scheduled date and time.

## CRIMINAL SESSION COMMENCING ON
## MONDAY, OCTOBER 22, 2018 AT 11:30 A.M.

**Please notify the Clerk's Office if an interpreter is required and has not been noted on the calendar.**

**MONDAY, OCTOBER 22, 2018 AT 11:30 A.M.**
**REVOCATION OF SUPERVISED RELEASE**

| | |
|---|---|
| **FREEMAN,** Terrance Gerard | 5:08-CR-32-1-D |
| AUSA: Gabriel J. Diaz | *Detention/Revocation* |
| ATTY: Cindy J. Bembry | |
| | |
| **BRYANT,** Jamie Ray | 5:11-CR-288-1-D |
| AUSA: Felice Corpening | *Detention/Revocation* |
| ATTY: Cindy J. Bembry | |

**MONDAY, OCTOBER 22, 2018 AT 2:00 P.M.**
**SENTENCING**

| | |
|---|---|
| **STEVENSON,** Lamont James | 7:10-CR-1-1-D |
| AUSA: Scott A. Lemmon | *Detention/Revocation* |
| ATTY: Cindy J. Bembry | |
| | |
| **FRAZIER,** Magaly | 7:17-CR-78-1-D |
| AUSA: Mark J. Griffith | *Detention/Revocation* |
| ATTY: Cindy J. Bembry | |

| | | |
|---|---|---|
| **MADISON,** Lawrence Anthony | | 7:17-CR-78-2-D |
|     AUSA: Mark J. Griffith | | *Detention/Revocation* |
|     ATTY: Jerry W. Leonard | | |

**TUESDAY, OCTOBER 23, 2018 AT 9:00 A.M.**
**ARRAIGNMENTS**

| NAME | PAGE | FILE NO. |
|---|---|---|
| **GIERBOLINI,** Miguel Angel | 1 | 5:18-CR-176-2-D |
| **\*\*INTERPRETER NEEDED\*\*** | | |
|     AUSA: Nicholas J. Regalia | | |
|     ATTY: Leza L. Driscoll | | |
| | | |
| **VASQUEZ,** Guadalupe | 2 | 7:18-CR-139-1-D |
| **\*\*INTERPRETER NEEDED\*\*** | | |
|     AUSA: Sebastian Kielmanovich | | |
|     ATTY: Robert E. Waters | | |
| | | |
| **LANDEROS-MIRELES,** Juan Franciso | 3 | 5:18-CR-325-1-D |
| **\*\*INTERPRETER NEEDED\*\*** | | *Criminal Information* |
|     AUSA: Sebastian Kielmanovich | | |
|     ATTY: James E. Todd, Jr. | | |
| | | |
| **MOLINA-PENA,** Hector | 4 | 5:18-CR-307-1-D |
| **\*\*INTERPRETER NEEDED\*\*** | | |
|     AUSA: Gabriel J. Diaz | | |
|     ATTY: James E. Todd, Jr. | | |
| | | |
| **RIOS-LOPEZ,** Victor Rodolfo | 5 | 5:18-CR-339-1-D |
| **\*\*INTERPRETER NEEDED\*\*** | | |
|     AUSA: Gabriel J. Diaz | | |
|     ATTY: James E. Todd, Jr. | | |
| | | |
| **VELASQUEZ,** Enil Ramon Montoya | 6 | 7:18-CR-144-1-D |
| **\*\*INTERPRETER NEEDED\*\*** | | |
|     AUSA: Bradford Knott | | |
|     ATTY: Sonya M. Allen | | |

**BREWSTER,** Roger        7        5:18-CR-83-1-D
    AUSA: Daniel W. Smith
    ATTY: Sonya M. Allen

**DURHAM,** Roy Daniel        8        5:18-CR-167-1-D
    AUSA: Daniel W. Smith
    ATTY: Diana H. Pereira

**ROMANOWSKI,** Daniel Tudeusz        9        5:18-CR-326-1-D
    AUSA: Sebastian Kielmanovich        *Criminal Information*
    ATTY: Stephen C. Gordon

**JOHNSON,** Kerry Allen        10        4:18-CR-22-1-D
    AUSA: John H. Bennett
    ATTY: Deirdre A. Murray

**MCNEILL,** Tommy Lamont        11        5:18-CR-99-1-D
    AUSA: Scott A. Lemmon
    ATTY: Joseph H. Craven

**WATSON IV,** Thornton Lewis        12        5:18-CR-315-1-D
    AUSA: Scott A. Lemmon
    ATTY: Damon J. Chetson

**EVANS,** Shantevia Faith        13        5:18-CR-315-2-D
    AUSA: Scott A. Lemmon
    ATTY: Mark A. Perry

**BROWN,** Amir Jamel        14        5:18-CR-62-1-D
    AUSA: William M. Gilmore
    ATTY: Diana H. Pereira

**SINGLETARY,** Christopher Rayquaz        15        5:18-CR-97-1-D
    AUSA: Donald Pender
    ATTY: Diana H. Pereira

**ALSTON,** Quiterrious      16      5:18-CR-266-1-D
    AUSA: S. Katherine Burnette
    ATTY: Diana H. Pereira

**HOPE,** Corey Montaque      17      5:18-CR-177-1-D
    AUSA: S. Katherine Burnette
    ATTY: Halerie F. Mahan / Eric Brignac

**SHOLAR,** Brian      18      7:18-CR-129-1-D
    AUSA: Timothy M. Severo
    ATTY: Mary J. Darrow

**JOHNSON,** Alicia      19      7:18-CR-132-1-D
    AUSA: Timothy M. Severo
    ATTY: Laura E. Beaver

**BYRD,** Travis Brock      20      5:18-CR-204-2-D
    AUSA: Laura S. Howard
    ATTY: Geoffrey W. Hosford

**GERALD,** Marqui Ramano      21      5:18-CR-204-6-D
    AUSA: Laura S. Howard
    ATTY: Wayne B. Eads

**SEIDEL,** Steven Ray      22      5:18-CR-204-9-D
    AUSA: Laura S. Howard
    ATTY: William M. Dowling

**DAVIS,** Qiana Lagail      23      5:18-CR-204-11-D
    AUSA: Laura S. Howard
    ATTY: Brett T. Wentz

**JENKINS,** Randon Austin      24      7:18-CR-6-1-D
    AUSA: Laura S. Howard
    ATTY: Rosemary Godwin

Page 4 of 6

Case 5:18-cr-00326-D    Document 14    Filed 10/12/18    Page 4 of 6

**TUESDAY, OCTOBER 23, 2018 AT 2:00 P.M.**
**SENTENCING**

**HOLDEN JR.,** Robert Lee                                                  5:17-CR-104-1-D
    AUSA: James J. Kurosad
    ATTY: Damon J. Chetson

**TURNER,** Sh-Kill                                                          5:18-CR-117-1-D
    AUSA: John H. Bennett
    ATTY: Deirdre A. Murray

**JACOBS,** Marque                                                       5:18-CR-43-1-D
    AUSA: Erin C. Blondel
    ATTY: Deirdre A. Murray

**HERRING,** Woodie Lamont                                     5:18-CR-104-1-D
    AUSA: Erin C. Blondel
    ATTY: Robert E. Waters

**YATES,** Demetrick Antwana                                 7:18-CR-29-1-D
    AUSA: Laura S. Howard
    ATTY: Joseph H. Craven


**WEDNESDAY, OCTOBER 24, 2018 AT 9:00 A.M.**
**SENTENCING**

**LEE,** Arlina Hendrix                                              2:18-CR-12-1-D
    AUSA: Scott A. Lemmon
    ATTY: Halerie F. Mahan

**COLEMAN,** Cayle Marcus                                    5:17-CR-38-1-D
    AUSA: Scott A. Lemmon
    ATTY: Cindy H. Popkin-Bradley

**SAVAGE,** Tyrone                                                     4:17-CR-63-1-D
    AUSA: Melissa B. Kessler
    ATTY: Christopher J. Locascio

**ADAMS,** Jackie Victor  5:07-CR-26-1-D
    AUSA: Jane J. Jackson  *Re-sentencing*
    ATTY: Sherri R. Alspaugh


**THURSDAY, OCTOBER 25, 2018 AT 1:00 P.M.**
**SENTENCING**
**RUDOLPH,** Jabarr Ryeheine  7:16-CR-116-11-D
    AUSA: Bradford Knott / Tobin W. Lathan
    ATTY: Thomas R. Wilson

**ALLEN,** Erica Diane  7:18-CR-74-2-D
    AUSA: Bradford Knott
    ATTY: James L. Allard, Jr.

**WHITLEY,** Ron Christopher  5:16-CR-256-1-D
    AUSA: Edward D. Gray  *Re-sentencing*
    ATTY: Lauren H. Brennan

**JONES,** Shelton Jamaal  5:17-CR-286-1-D
    AUSA: Edward D. Gray
    ATTY: A. Patrick Roberts

**ALLEN,** Michael Jamal  5:18-CR-249-1-D
    AUSA: Edward D. Gray  5:14-CR-221-1-D
    ATTY: Alex R. Williams  *Sentencing/Revocation*