UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH, NORTH CAROLINA

**THE HONORABLE JAMES C. DEVER III**
**UNITED STATES DISTRICT JUDGE PRESIDING**

Motions to continue, either by attorneys or the United States Probation Office, are to be submitted to the court at least five (5) business days prior to the beginning of a session, absent exigent circumstances. Motions to continue filed after the deadline will **not** be considered until counsel appears for the hearing at the scheduled date and time.

**CRIMINAL SESSION COMMENCING ON**
**MONDAY, NOVEMBER 5, 2018 AT 9:00 A.M.**

**Please notify the Clerk's Office if an interpreter is required and has not been noted on the calendar.**

**MONDAY, NOVEMBER 5, 2018 AT 9:00 A.M.**
**ARRAIGNMENTS**

| NAME | PAGE | FILE NO. |
|---|---|---|
| **BURGOS-SOTO,** Jose Guadalupe<br>**\*\*INTERPRETER NEEDED\*\***<br>   AUSA: Gabriel J. Diaz<br>   ATTY: Deirdre A. Murray | 1 | 5:18-CR-351-1-D |
| **AROSTEGUI JR.,** Diego<br>**\*\*INTERPRETER NEEDED\*\***<br>   AUSA: Ethan A. Ontjes<br>   ATTY: James E. Todd, Jr. | 2 | 7:18-CR-166-1-D<br>*Plea to Criminal Information* |
| **CORREA-CISNEROS,** Walter<br>**\*\*INTERPRETER NEEDED\*\***<br>   AUSA: Ethan A. Ontjes<br>   ATTY: Steven E. Hight | 3 | 7:18-CR-177-1-D<br>*Plea to Criminal Information* |

**LANGLEY,** Keyonta Tarezze      4      4:18-CR-25-1-D
    AUSA: John H. Bennett
    ATTY: Stephen E. Webb, II

**MITCHELL,** Elton Tyler      5      5:18-CR-265-1-D
    AUSA: John H. Bennett
    ATTY: Joseph H. Craven

**CLEMONS,** Michael      6      4:18-CR-39-1-D
    AUSA: Donald R. Pender
    ATTY: Mark D. Stewart

**WRIGHT,** Brandon Duwayne      7      4:18-CR-47-1-D
    AUSA: Dena J. King
    ATTY: Curtis R. High

**MCALLISTER,** Shaquandra      8      5:18-CR-235-3-D
    AUSA: Dena J. King
    ATTY: Rhonda Young

**TINNEN,** Lashun Tracy      9      5:18-CR-290-1-D
    AUSA: Dena J. King
    ATTY: Patrick B. Weede

**SIMPSON,** Demetrius Lamont      10      5:18-CR-204-7-D
    AUSA: Laura S. Howard
    ATTY: Samuel M. Braverman / Frederick K. Sharpless

**CORBIN,** Laquin Lamar      11      5:18-CR-217-2-D
    AUSA: Phillip A. Rubin
    ATTY: Mary J. Darrow

**HICKS,** Rasheem Kireem      12      5:18-CR-314-1-D
    AUSA: Daniel W. Smith
    ATTY: Sonya M. Allen

**COLEMAN,** Harekia Chante      13      5:18-CR-344-1-D
    AUSA: Jacob D. Pugh
    ATTY: Dhamian A. Blue

| | | |
|---|---|---|
| **SESSOMS,** Shakeera Lavonne | 14 | 5:18-CR-350-1-D |
|     AUSA: Adam F. Hulbig | | *Plea to Criminal Information* |
|     ATTY: Joseph L. Bell, Jr. | | |

**SESSOMS,** Shakeera Lavonne      14      5:18-CR-350-1-D
    AUSA: Adam F. Hulbig      *Plea to Criminal Information*
    ATTY: Joseph L. Bell, Jr.

**GARZA,** Andres      15      7:17-CR-35-9-D
    AUSA: Lucy M. Partain
    ATTY: Nardine M. Guirguis

**DAYE,** Deitrick Devone      16      7:18-CR-60-1-D
    AUSA: Timothy M. Severo
    ATTY: Joel M. Wagoner

**CAPPS JR.,** Anthony      17      7:18-CR-112-1-D
    AUSA: Timothy M. Severo
    ATTY: Diana H. Pereira

**GOMEZ,** Jonathan Misael      18      7:18-CR-74-1-D
    AUSA: Bradford Knott
    ATTY: Joel M. Wagoner

**WILLIAMSON,** Elizabeth Ann Kriner      19      7:18-CR-84-1-D
    AUSA: Tamika G. Moses
    ATTY: Lauren H. Brennan

**TUESDAY, NOVEMBER 6, 2018 AT 9:00 A.M.**
**SEALED HEARING**
**SEALED DEFENDANT**      5:18-CR-74-1-D
    AUSA: Barbara D. Kocher
    ATTY: Joseph H. Craven / Jaclyn L. DiLauro / Joseph L. Ross, II / Cindy J. Bembry

**TUESDAY, NOVEMBER 6, 2018 AT 1:00 P.M**
**SENTENCING**
**LUCAS-MENDEZ,** Maria Asuncion      5:17-CR-340-1-D
**\*\*INTERPRETER NEEDED\*\***
    AUSA: Sebastian Kielmanovich
    ATTY: Michael C. Wallace, Sr.

**REYES-IGLESIAS,** Alexis                                      5:18-CR-205-1-D
**\*\*INTERPRETER NEEDED\*\***
    AUSA: Sebastian Kielmanovich
    ATTY: Suzanne Little

**BARRON,** Juan                                                   7:17-CR-126-1-D
    AUSA: James J. Kurosad
    ATTY: Suzanne Little

**PICKETT,** Alvin Marion                                 5:17-CR-143-1-D
    AUSA: James J. Kurosad
    ATTY: Christopher J. Locascio

**NEWSOME,** Lydell Shavon                              2:17-CR-7-1-D
    AUSA: John H. Bennett
    ATTY: Elizabeth D. Hopkins Thomas


**WEDNESDAY, NOVEMBER 7, 2018 AT 9:00 A.M.**
**SENTENCING**
**BATTS,** Kendrell Arelian                                 5:17-CR-375-1-D
    AUSA: Edward D. Gray
    ATTY: Kimberly A. Moore

**BASS,** Madelin Elizabeth                                 5:17-CR-375-2-D
    AUSA: Edward D. Gray
    ATTY: Raymond C. Tarlton / James B. Polk

**ROGERS,** Javon Marquice                               5:18-CR-153-1-D
    AUSA: Chad E. Rhoades
    ATTY: Edward K. Roberts, III

**BRINSON,** Adam                                                7:17-CR-128-2-D
    AUSA: Chad E. Rhoades
    ATTY: Jamie L. Vavonese

**HODGES,** Alphonzo Cordell                              7:17-CR-128-3-D
    AUSA: Chad E. Rhoades
    ATTY: Wes J. Camden

**WEDNESDAY, NOVEMBER 7, 2018 AT 1:00 P.M.**
**SENTENCING**

**FOGG,** Kvon  5:17-CR-413-2-D
    AUSA: Donald R. Pender
    ATTY: Jim Melo

**BRIGHT,** Greg  7:16-CR-116-16-D
    AUSA: Bradford Knott / Tobin W. Lathan
    ATTY: H.P. Williams, Jr.

**ORTEGA,** Joaquin R.  5:17-CR-17-2-D
    AUSA: Bradford Knott
    ATTY: Joseph E. Zeszotarski, Jr.


**THURSDAY, NOVEMBER 8, 2018 AT 9:00 A.M.**
**SENTENCING**

**ROBERTS,** Joseph Orlando  5:17-CR-392-5-D
    AUSA: Nicholas J. Regalia
    ATTY: Kelly M. Dagger / Paul K. Sun, Jr.

**MACALUSO,** James Anthony  5:18-CR-103-1-D
    AUSA: Erin C. Blondel
    ATTY: Jennifer A. Dominguez

**MARTINEZ,** Eduardo Romero  7:18-CR-12-1-D
    AUSA: Jacob D. Pugh  7:08-CR-39-1-D
    ATTY: Jennifer A. Dominguez  *Sentencing / Revocation*

**MONSERRATE-GARCIA,** Samuel  7:18-CR-20-2-D
    AUSA: Scott A. Lemmon
    ATTY: R. Andrew McCoppin

**RODRIGUEZ,** Victor  7:18-CR-20-3-D
    AUSA: Scott A. Lemmon
    ATTY: Christopher B. Venters

**WEDNESDAY, NOVEMBER 14, 2018 AT 10:00 A.M.**
**ARRAIGNMENTS**

| NAME | PAGE | FILE NO. |
|---|---|---|
| **BOND,** Anthony Louis | 1 | 4:18-CR-16-1-D |
|     AUSA: John H. Bennett | | |
|     ATTY: Jennifer A. Dominguez | | |
| | | |
| **PARKER JR.,** Dannie Simon | 2 | 4:18-CR-23-1-D |
|     AUSA: Erin C. Blondel | | |
|     ATTY: Suzanne Little/ James A. Martin | | |
| | | |
| **AQEL,** Jamal Yousef | 3 | 4:18-CR-61-1-D |
|     AUSA: Melissa B. Kessler | | *Plea to Criminal Information* |
|     ATTY: Suzanne Little | | |
| | | |
| **JERNIGAN,** Robert B. | 4 | 4:18-CR-59-1-D |
|     AUSA: Sebastian Kielmanovich | | *Plea to Criminal Information* |
|     ATTY: Myron T. Hill, Jr. | | |
| | | |
| **BLACKNALL,** Jermill | 5 | 5:18-CR-191-1-D |
|     AUSA: Robert J. Dodson | | |
|     ATTY: Jamie L. Vavonese | | |
| | | |
| **RUSSELL,** Daryl | 6 | 5:18-CR-191-2-D |
|     AUSA: Robert J. Dodson | | |
|     ATTY: Geoffrey W. Hosford | | |
| | | |
| **RUSSELL,** Dominque | 7 | 5:18-CR-191-3-D |
|     AUSA: Robert J. Dodson | | |
|     ATTY: Richard Croutharmel | | |
| | | |
| **CORBIN,** Joenathan | 8 | 5:18-CR-206-1-D |
|     AUSA: James J. Kurosad | | |
|     ATTY: Robert L. Cooper | | |
| | | |
| **ROBINSON,** Ryan Detrell | 9 | 5:18-CR-227-1-D |
|     AUSA: James J Kurosad | | |
|     ATTY: Diana H. Pereira | | |

**HADDEN,** George Hamilton     10     5:18-CR-321-1-D
    AUSA: Lucy M. Partain
    ATTY: F. Hill Allen, IV

**JACOBS,** Michael     11     5:18-CR-364-1-D
    AUSA: Edward D. Gray
    ATTY: Richard Croutharmel

**PORTER,** Amber Gernell     12     5:18-CR-396-1-D
    AUSA: Tobin W. Lathan     *Plea to Criminal Information*
    ATTY: Lauren H. Brennan

**MCKENZIE,** Darrick Lamorris     13     7:18-CR-55-1-D
    AUSA: James J. Kurosad
    ATTY: Sonya M. Allen

**SPEARS,** Tiera Shavontae     14     7:18-CR-66-2-D
    AUSA: James J. Kurosad / Robert J. Dodson
    ATTY: Kelly M. Dagger / Paul K. Sun, Jr.

**HINES,** Garry     15     7:18-CR-132-2-D
    AUSA: Timothy M. Severo
    ATTY: Rosemary Godwin

**CANADY II,** Dallie Ray     16     7:18-CR-136-1-D
    AUSA: William M. Gilmore     *Plea to Criminal Information*
    ATTY: Christopher J. Locascio

**DORM,** Victor Eugene     17     7:17-CR-105-5-D
    AUSA: Dennis M. Duffy / Jacob D. Pugh     *Change of Plea Hearing*
    ATTY: Michael C. Fitzpatrick

**THURSDAY, NOVEMBER 15, 2018 AT 9:00 A.M.**
**SENTENCING**

**ANDREWS,** Anthony                                                7:16-CR-30-3-D
    AUSA: Phillip A. Rubin
    ATTY: Thomas R. Wilson

**REVELS,** Kevin Dwayne                                            7:17-CR-35-6-D
    AUSA: Lucy M. Partain
    ATTY: Christopher B. Venters

**WILLIAMS,** Rodney Troy                                           7:18-CR-14-1-D
    AUSA: Bradford Knott
    ATTY: Diana H. Pereira

**COLEMAN,** Kimberly Jo                                            7:18-CR-14-3-D
    AUSA: Bradford Knott
    ATTY: David W. Venable

**REVOCATION OF SUPERVISED RELEASE**

**SPRY,** Michael Eugene                                            2:16-CR-13-1-D
    AUSA: Adam F. Hulbig
    ATTY: Cindy H. Popkin-Bradley


**MONDAY, NOVEMBER 19, 2018 AT 9:00 A.M.**
**ARRAIGNMENTS**

| NAME | PAGE | FILE NO. |
|---|---|---|

**RODRIGUEZ-ARIAS,** Gerardo                      1         5:18-CR-311-1-D
**\*\*INTERPRETER NEEDED\*\***
    AUSA: Gabriel J. Diaz
    ATTY: James E. Todd, Jr.

**LANDEROS-MIRELES,** Juan Francisco              2         5:18-CR-325-1-D
**\*\*INTERPRETER NEEDED\*\***
    AUSA: Sebastian Kielmanovich
    ATTY: James E. Todd, Jr.

**VELASQUEZ**, Enil Ramon Montoya     3     7:18-CR-144-1-D
**\*\*INTERPRETER NEEDED\*\***
    AUSA: Bradford Knott
    ATTY: Sonya M. Allen

**ROSE,** Faruq     4     7:17-CR-69-1-D
    AUSA: Bradford Knott
    ATTY: H.P. Williams, Jr.

**PERREAULT,** Joseph Stephane     5     5:18-CR-296-1-D
    AUSA: Sebastian Kielmanovich
    ATTY: James E. Todd, Jr.

**ROMANOWSKI,** Daniel Tudeusz     6     5:18-CR-326-1-D
    AUSA: Sebastian Kielmanovich     *Plea to Criminal Information*
    ATTY: Stephen C. Gordon

**ARNOLD,** Rasheen Jerome     7     2:18-CR-27-1-D
    AUSA: Charity L. Wilson
    ATTY: Christopher J. Locascio

**HERNANDEZ,** Eric     8     7:18-CR-102-1-D
    AUSA: Timothy M. Severo
    ATTY: Christopher J. Locascio

**CEPHAS,** Corderro     9     7:18-CR-130-1-D
    AUSA: Timothy M. Severo
    ATTY: Wes J. Camden

**DUNLOW,** Brian Lee     10     4:18-CR-48-1-D
    AUSA: John H. Bennett
    ATTY: Joseph H. Craven

**RICHARDSON,** Alan Randall     11     5:17-CR-389-1-D
    AUSA: John H. Bennett
    ATTY: William M. Dowling

| | | |
|---|---|---|
| **LITTLE,** Michael Wesley | 12 | 5:18-CR-47-1-D |
|     AUSA: Dena J. King | | |
|     ATTY: Edward K. Roberts III | | |
| | | |
| **CLARK,** Nathaniel Clevester | 13 | 4:18-CR-49-1-D |
|     AUSA: Dena J. King | | |
|     ATTY: Diana H. Pereira | | |
| | | |
| **SINGLETARY,** Christopher Rayquaz | 14 | 5:18-CR-97-1-D |
|     AUSA: Donald R. Pender | | |
|     ATTY: Diana H. Pereira | | |
| | | |
| **DURHAM,** Roy Daniel | 15 | 5:18-CR-167-1-D |
|     AUSA: Daniel W. Smith | | |
|     ATTY: Diana H. Pereira | | |
| | | |
| **MALLOY,** Marquis Bernard | 16 | 5:18-CR-258-1-D |
|     AUSA: James J. Kurosad | | |
|     ATTY: James A. Martin | | |
| | | |
| **HOUGH,** Jeremy | 17 | 5:18-CR-365-1-D |
|     AUSA: Erin C. Blondel | | |
|     ATTY: Halerie F. Mahan | | |

**TUESDAY, NOVEMBER 20, 2018 AT 9:00 A.M.**
**SENTENCING**

| | |
|---|---|
| **HARGETT JR.,** Andrew | 5:15-CR-374-1-D |
|     AUSA: James J. Kurosad | |
|     ATTY: Wayne J. Payne | |
| | |
| **WHITFIELD,** Preante Montrell | 5:17-CR-76-1-D |
|     AUSA: John H. Bennett | |
|     ATTY: Abraham P. Jones | |
| | |
| **NUTSCH,** Chad Eric | 5:17-CR-316-1-D |
|     AUSA: Nicholas J. Regalia | |
|     ATTY: Christian E. Dysart / Geoffrey R. Willis | |

**WILLIAMS JR.,** Wayne Devone                                5:17-CR-388-1-D
    AUSA: Nicholas J. Regalia
    ATTY: William W. Webb, Jr.

## REVOCATION OF PROBATION
**ROBINSON,** Patrice                                         7:13-CR-117-5-D
    AUSA: Lucy M. Partain
    ATTY: Cindy J. Bembry


## TUESDAY, NOVEMBER 20, 2018 AT 1:00 P.M.
## SENTENCING
**THOMPSON,** Lyrcurtis Quamae Leon                           5:18-CR-214-1-D
    AUSA: Erin C. Blondel
    ATTY: Lauren H. Brennan

**HERRING,** Woodie Lamont                                    5:18-CR-104-1-D
    AUSA: Erin C. Blondel
    ATTY: Robert E. Waters

**BRITE,** Angelo Alexander                                   5:18-CR-101-1-D
    AUSA: Nicholas J. Regalia
    ATTY: Richard Croutharmel

**MEJIAS,** Wilmer Luis                                       5:17-CR-392-2-D
    AUSA: Nicholas J. Regalia
    ATTY: Alex R. Williams

**ROBINSON,** Andre Duron                                     5:17-CR-392-4-D
    AUSA: Nicholas J. Regalia
    ATTY: Christian E. Dysart / Geoffrey R. Willis

**WEDNESDAY, NOVEMBER 21, 2018 AT 9:00 A.M.**
**SENTENCING**

**URIETA-LAGUNAS,** Maria Del Carmen  5:18-CR-233-1-D
**\*\*INTERPRETER NEEDED\*\***
    AUSA: Sebastian Kielmanovich
    ATTY: Kimberly A. Moore

**SANCHEZ-JOVEL,** Pedro Vicente  5:18-CR-234-1-D
**\*\*INTERPRETER NEEDED\*\***
    AUSA: Sebastian Kielmanovich
    ATTY: James E. Todd, Jr.

**DRAKE,** Michael Lee  5:18-CR-125-1-D
    AUSA: Dena J. King
    ATTY: Daniel Donahue

**TURNER,** Christopher Madison  5:18-CR-55-1-D
    AUSA: Daniel W. Smith
    ATTY: Christopher J. Locascio


**MONDAY, NOVEMBER 26, 2018 AT 9:50 A.M.**
**ARRAIGNMENT / JURY SELECTION AND TRIAL**

**BENNETT SR.,** Ricardo Jerome  7:18-CR-88-1-D
    AUSA: Melissa B. Kessler
    ATTY: Geoffrey W. Hosford


**FRIDAY, NOVEMBER 30, 2018 AT 10:00 A.M.**
**JURY SELECTION AND TRIAL**

**PARKER,** Rufus Lamar  7:17-CR-105-1-D
    AUSA: Dennis M. Duffy / Jacob D. Pugh
    ATTY: F. Hill Allen, IV

**VAUGHT,** Joseph Anthony  7:17-CR-105-6-D
    AUSA: Dennis M. Duffy / Jacob D. Pugh
    ATTY: Curtis R. High

**THURSDAY, DECEMBER 13, 2018 AT 9:00 A.M.**
**SENTENCING**

**TILLERY,** Ricardo Quamaine                                          7:17-CR-123-1-D
    AUSA: Dennis M. Duffy / Jacob D. Pugh
    ATTY: Kelly M. Dagger / Paul K. Sun, Jr.

**RIGGINS JR.,** Brian David                                           7:18-CR-106-1-D
    AUSA: Laura S. Howard
    ATTY: Robert E. Waters

**RUFFIN,** Travis Kwymaine                                            5:18-CR-235-4-D
    AUSA: Dena J. King
    ATTY: Scott L. Wilkinson

**WILEY,** Marcus Antwan                                               5:18-CR-235-5-D
    AUSA: Dena J. King
    ATTY: Myron T. Hill, Jr.

**SPEIGHT,** Michael                                                   5:18-CR-235-7-D
    AUSA: Dena J. King
    ATTY: Steven E. Hight


**THURSDAY, DECEMBER 13, 2018 AT 1:00 P.M.**
**SENTENCING**

**MCKOY,** Antonio Kevin                                               7:16-CR-116-1-D
    AUSA: Bradford Knott / Tobin W. Lathan
    ATTY: Steven B. Wright

**CHEVALLIER,** Tony                                                   7:16-CR-116-6-D
    AUSA: Bradford Knott / Tobin W. Lathan
    ATTY: Leza L. Driscoll

**RUDOLPH,** Jabarr Ryeheine                                           7:16-CR-116-11-D
    AUSA: Bradford Knott / Tobin W. Lathan
    ATTY: Thomas R. Wilson

**THURSDAY, DECEMBER 14, 2018 AT 3:00 P.M.**
**REVOCATION OF SUPERVISED RELEASE**
**REYNOLDS,** Matthew Shawn                                                        5:14-CR-227-1-D
    AUSA: Ethan A. Ontjes
    ATTY: Cindy J. Bembry