UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Daniel Tudeusz Romanowski**  Docket No. 5:18-CR-326-1D

**Petition for Action on Probation**

COMES NOW John Seth Coleman, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Daniel Tudeusz Romanowski, who, upon an earlier plea of guilty to Voting by an Alien, in violation of 18 U.S.C. § 611(a), was sentenced by the Honorable James C. Dever III, U.S. District Judge, on February 19, 2019, to 12 months probation under the conditions adopted by the court.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On April 18, 2019, the defendant submitted a urine sample that was returned positive for Cocaine. When confronted with the positive test, the defendant denied using Cocaine, but did not refute the validity of the test. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that the conditions of probation be modified as follows:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,                        I declare under penalty of perjury that the foregoing
                                              is true and correct.

/s/ Eddie J. Smith                            /s/ John Seth Coleman
Eddie J. Smith                                John Seth Coleman
Supervising U.S. Probation Officer            U.S. Probation Officer
                                              150 Rowan Street Suite 110
                                              Fayetteville, NC 28301
                                              Phone: 910-354-2545
                                              Executed On: May 03, 2019

**ORDER OF THE COURT**

Considered and ordered this ___7___ day of ___May___, 2019, and ordered filed and made a part of the records in the above case.

_____
James C. Dever III
U.S. District Judge